# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLISON VALDEZ DELACRUZ**, Plaintiff, vs. **NANCY A. BERRYHILL**, Defendant. | CASE NO. 18-cv-00715-YGR<br><br>**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME; DENYING THIRD MOTION FOR DEFAULT JUDGMENT; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 26, 27 |

The Court has received and reviewed (1) plaintiff's third motion for default judgment (Dkt. No. 26), and (2) defendant's motion for an extension of time to respond to plaintiff's complaint and file the certified administrative record (Dkt. No. 27.)

The Court hereby **GRANTS IN PART** defendant's motion for an extension of time. Defendant shall file its response to plaintiff's complaint and the certified administrative record by no later than **Friday, December 21, 2018**.

In addition, defendant is **ORDERED TO SHOW CAUSE** why she should not be sanctioned for failing to comply with the deadlines in this case and for seeking relief from the Court at the last minute. By no later than **Tuesday, December 18, 2018**, defendant must file a written response to this Order to Show Cause, not to exceed three (3) pages. Failure to file a written response will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

In light of the foregoing, plaintiff's third motion for default judgment is **DENIED**.

This Order terminates Docket Numbers 26 and 27.

**IT IS SO ORDERED.**

Dated: December 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**